UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE OCTAVIO ARIAS, MARIA C. ) <br> SAHAGUN, AND TRINIDAD S. SAHAGUN, ) <br> individually and d/b/a HACIENDA ) <br> TAQUERIA a/k/a TAQUERIA MI ) <br> PUEBLO a/k/a LORCKYS ROTISSERIE, ) <br> ) <br> Defendants. ) | 2:05-cv-01819-GEB-DAD <br><br> ORDER CONTINUING STATUS <br> (PRETRIAL SCHEDULING) <br> CONFERENCE AND <br> FED. R. CIV. P. 4(m) WARNING |

Plaintiff's Status Conference Statement filed on November 28, 2005, indicates that Plaintiff has not served all defendants. Therefore, this case is not ready to be fully scheduled and the Status (Pretrial Scheduling) Conference currently scheduled for December 12, 2005, is continued to February 21, 2006, at 9:00 a.m. A joint status report shall be filed no later than February 7, 2006.[1]

---

[1] The failure of one or more of the parties to participate in the preparation of a joint status report does not excuse the other parties from their obligation to file a status
(continued...)

1

Further, Plaintiff is hereby notified that any defendant not served by January 9, 2006, could be dismissed from this action without prejudice under Federal Rule of Civil Procedure 4(m).  To avoid dismissal, a proof of service shall be filed for each served Defendant no later than January 12, 2006.  If Plaintiff believes he has good cause to justify extension of Rule 4(m)'s 120-day service period for a defendant, that shall be shown in a declaration filed no later than January 12, 2006.

IT IS SO ORDERED.

DATED:  December 5, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1](...continued)
report in accordance with this Order.  In the event a party or parties fail to participate as ordered, the party submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2