IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., | ) ) | 2:05-cv-1819-GEB-DAD |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER RE: SETTLEMENT AND DISPOSITION |
| JOSE OCTAVIO ARIAS, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the representations of counsel for Plaintiff, the Court has determined that this case is settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed within twenty (20) days of this order. All previously set dates in this matter are hereby vacated.

/////

/////

/////

/////

/////

1

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON COUNSEL AS WELL AS AGAINST ANY PARTY WHO CAUSES NON-COMPLIANCE WITH THIS ORDER.</u>

IT IS SO ORDERED.

Dated: February 15, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge